# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA BARRIENTOS,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>**COLLECTO, INC., dba EOS CCA;** Does 1-10 inclusive,<br><br>   Defendant. | Case No. 2:15-cv-05442-AB-E<br><br>**ORDER** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

   Dated this 6th day of September, 2016.

_____
The Honorable André Birotte Jr.